FOR THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF NEW MEXICO

JOSE ANTONIO PRADO-DIAZ

    Plaintiff,

    v.                                                      CIV. No. 12-779 MCA/GBW

STATE OF NEW MEXICO, *et al*.

    Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    This matter comes before the Court on the Court's Order to Show Cause. *Doc. 21.* The Magistrate Judge filed a Proposed Findings and Recommended Disposition, referring to the Court's prior order and concluding that Plaintiff's action should be dismissed with prejudice for want of prosecution. *Docs. 21, 24.* Plaintiff has not filed objections to the Magistrate Judge's Report and Recommendations.

    Upon a review of the record, I concur with the Magistrate Judge's findings and recommendations. Therefore, I ADOPT the Magistrate Judge's Report and Recommendations (*doc. 24*) and DISMISS Plaintiff's Complaint, (*doc. 1*), with prejudice.

_____
UNITED STATES DISTRICT JUDGE